Eastern District of Louisiana

United States District Court

Plaintiff:                                    8-18-2013

George [Set] Jr.                    **13-5499**
                                    **SECT. G MAG. 2**
   vs

Defendant:                    Complaint

National Pen Co.
   and
CEO Dave Thompson

In June of 2013 I received a letter from the National Pen Co the CEO Dave Thompson in which he had took my art work in which I had copyrighted back in 1996 and he marketed it without my permission and wanted to sell to me.

I am suing National Pen Co. and CEO Dave Thompson for

the violation of the copyright law. I am asking for monetary value of Hundred and Twenty Five Thousand of Dollars ($125,000) for the illegal and disgraceful act. This civil law sue is being file forma Pauperis by George ?? Jr.

If granted I can produce the necessary evidence to prove that the copyright was within violation.

My art work is registered in United States Library of Congress this is what makes it a Federal Civil law sue.

Copy of Sign Pam

George Tate J.

911 Front St.

Bogalusa, LA. 70427

(985) 732-4818

United States Marshal Service
to Serve.
National Pen Co.
and
CEO Dave Thompson
342 Shelbyville Mills Road
Shelbyville, TN. 37160